UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Stephanie F. Ritigstein, Esquire

**Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Adrea Fortenberry
 debtor(s)

Case Number: _____18-21760_____

Hearing Date: _____

Judge: _____CMG_____

Chapter: _____13_____

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____July 9, 2018_____.

☐ Denied.

*rev.8/1/15*