UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Stephanie F. Ritigstein, Esquire

In Re:

Adrea Fortenberry
 debtor(s)

**Order Filed on July 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case Number: | 18-21760 |
| Hearing Date: | |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 3, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to _____July 9, 2018_____.

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Adrea N Fortenberry  
    Debtor

Case No. 18-21760-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 03, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db         +Adrea N Fortenberry,    2 Buttonwood Drive,     Somerset, NJ 08873-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:  
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Stephanie F. Ritigstein    on behalf of Debtor Adrea N Fortenberry jenkins.clayman@verizon.net,  
           connor@jenkinsclayman.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 4