UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Adrea Fortenberry

Case No.: 18-21760
Chapter: 7
Judge: CMG

**NOTICE OF PROPOSED ABANDONMENT**

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | United States Courthouse |
| | 402 East State Street |
| | Trenton, New Jersey  08608 |

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __October 2, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
2 Buttonwood Drive
Somerset, New Jersey
Valued at $309,000.00

Liens on property:
Midland Mortgage, $390,00.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/  Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Adrea N Fortenberry
    Debtor

Case No. 18-21760-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Sep 05, 2018
                    Form ID: pdf905      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
```
db              +Adrea N Fortenberry,    2 Buttonwood Drive,     Somerset, NJ 08873-2216
517583676       +Amagreen Tree & Lawn Service,     54 Bennetts Lane,    Somerset, NJ 08873-5011
517583679        Comcast,    PO Box 1577,    Newark, NJ 07101-1577
517669931       +Franklin Tonwship Dept. of Water Utility,     475 Demott Lane,    Somerset NJ 08873-2797
517583682       +Franklin Township Sewer Authority,     70 Commerce Drive,    Somerset, NJ 08873-3470
517583684       +Lowe's/ Synchrony Bank,    c/o Allied Interstate,    7525 W Campus Road,
                  New Albany, OH 43054-1121
517583685       +Midland Mortgage,    c/o KML Law Group, PC,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
517635959       +Office of Housing FHA - Comptroller,    c/o NOVAD Management,    Consultin Shepherd,
                  1401 NW 23rd Street, Suite 1A,    Oklahoma City, OK 73106-3619
517583686       +Republic Services,    PO BOX 9001099,    Louisville, KY 40290-1099
517583687       +Southern Middlesex County Teachers FCU,    39 Brunswick Woods Drive,
                  East Brunswick, NJ 08816-5601
517583688      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Financial Services,    PO BOX 8026,    Cedar Rapids, IA 52408)
517583689       +Travel Advantage,    PMB B11,    672 Old Mill Road,    Millersville, MD 21108-1363
517583690        Tri State Financial, Inc.,    PO Box 29352,    Phoenix, AZ 85038-9352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 00:31:13     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 00:31:09     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517583677        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 00:24:22
                  Capital One Bank (USA), N.A,    PO Box 6492,    Carol Stream, IL 60197-6492
517583678        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:24:12     Care Credit Synchrony Bank,
                  PO BOX 960061,    Orlando, FL 32896-0061
517583680        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 00:30:50     Comentity - Avenue,
                  PO Box 659584,    San Antonio, TX 78265-9584
517583681        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 00:30:50     Comentity - HSN,
                  PO Box 659707,    San Antonio, TX 78265-9707
517583683        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 00:30:19     Kohl's Payment Center,
                  PO Box 2983,    Milwaukee, WI 53201-2983
517586850       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 00:25:56     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
```
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3            User: admin             Page 2 of 2              Date Rcvd: Sep 05, 2018
                                Form ID: pdf905         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephanie F. Ritigstein    on behalf of Debtor Adrea N Fortenberry jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 5