UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case no.: __18-21760__
Adrea N Fortenberry  : Chapter: __7__
  : Judge: __Gravelle__
Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
2 Buttonwood Drive, Somerset, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 9/26/2018   By: Gary A. Nau

*rev.2/10/17*