| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Adrea N Fortenberry <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3360 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–21760–CMG | | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Adrea N Fortenberry
   aka Andrea Coleman

10/19/18                                                                              **By the court:**   Christine M. Gravelle
                                                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                    Case No. 18-21760-CMG
Adrea N Fortenberry                                       Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 19, 2018
                              Form ID: 318             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db            +Adrea N Fortenberry,    2 Buttonwood Drive,    Somerset, NJ 08873-2216
517583676     +Amagreen Tree & Lawn Service,    54 Bennetts Lane,    Somerset, NJ 08873-5011
517583679      Comcast,    PO Box 1577,   Newark, NJ 07101-1577
517669931     +Franklin Township Dept. of Water Utility,     475 Demott Lane,    Somerset NJ 08873-2797
517583682     +Franklin Township Sewer Authority,    70 Commerce Drive,    Somerset, NJ 08873-3470
517583684     +Lowe's/ Synchrony Bank,    c/o Allied Interstate,    7525 W Campus Road,
                New Albany, OH 43054-1121
517583685     +Midland Mortgage,    c/o KML Law Group, PC,    701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
517635959     +Office of Housing FHA - Comptroller,    c/o NOVAD Management,    Consultin Shepherd,
                1401 NW 23rd Street, Suite 1A,    Oklahoma City, OK 73106-3619
517741091      PSE&G,    PO Box 14444,   New Brunswick NJ 08906-4444
517583686     +Republic Services,    PO BOX 9001099,   Louisville, KY 40290-1099
517583687     +Southern Middlesex County Teachers FCU,    39 Brunswick Woods Drive,
                East Brunswick, NJ 08816-5601
517583689     +Travel Advantage,    PMB B11,   672 Old Mill Road,    Millersville, MD 21108-1363
517583690      Tri State Financial, Inc.,    PO Box 29352,   Phoenix, AZ 85038-9352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2018 00:12:33     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2018 00:12:28     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517583677      EDI: CAPITALONE.COM Oct 20 2018 03:43:00     Capital One Bank (USA), N.A,    PO Box 6492,
                Carol Stream, IL 60197-6492
517583678      EDI: RMSC.COM Oct 20 2018 03:43:00     Care Credit Synchrony Bank,    PO BOX 960061,
                Orlando, FL 32896-0061
517583680      EDI: WFNNB.COM Oct 20 2018 03:43:00     Comentity - Avenue,    PO Box 659584,
                San Antonio, TX 78265-9584
517583681      EDI: WFNNB.COM Oct 20 2018 03:43:00     Comentity - HSN,    PO Box 659707,
                San Antonio, TX 78265-9707
517583683      EDI: CBSKOHLS.COM Oct 20 2018 03:43:00     Kohl's Payment Center,    PO Box 2983,
                Milwaukee, WI 53201-2983
517586850     +EDI: RMSC.COM Oct 20 2018 03:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517583688      EDI: TFSR.COM Oct 20 2018 03:43:00     Toyota Financial Services,    PO BOX 8026,
                Cedar Rapids, IA 52408
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Adrea N Fortenberry jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2         Date Rcvd: Oct 19, 2018
                              Form ID: 318               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Adrea N Fortenberry jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7